IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON T. WARREN,

    Petitioner,                   No. CIV S-10-1221 WBS GGH P

    vs.

RICHARD B. IVES, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a federal prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, has requested this action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that respondent shall notify this court, within seven days, whether he has any objection to the dismissal of this action. Should respondent fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a).

DATED: October 15, 2010

                                            /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/mp; warr1221.159a