IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON T. WARREN,

    Petitioner,        No. CIV S-10-1221 WBS GGH P

  vs.

RICHARD B. IVES, Warden,

    Respondent.      ORDER
_____/

      Petitioner, a federal prisoner proceeding pro se, has requested that this action be dismissed without prejudice. On October 18, 2010, respondent was granted seven days in which to file any objection. That time has now passed and respondent has not objected to this dismissal. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

      Accordingly, the Clerk of Court shall close this case.

DATED: December 10, 2010

      /s/ Gregory G. Hollows
      _____
      UNITED STATES MAGISTRATE JUDGE

GGH:035
warr1221.159

1